**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re:                                                                                  Chapter 13

                                                               Case No. 17-45268-ess

Doris O. Agyen,

                                          Debtor(s).

-------------------------------------------------------------------x

## SUPPLEMENTAL CREDITOR LOSS MITIGATION AFFIDAVIT

      I, Tony Padilla, being sworn, say:

      I am not a party to this action, am over 18 years of age and reside in Westchester County, New York.

      On April 3, 2018, I served a true copy of this *"Supplemental Creditor Loss Mitigation Affidavit"*[1] upon the following parties via (first class mail, facsimile or email) at the following addresses *[insert addresses]*:

Doris O. Agyen
135-18 Hrc Hrdng Exp
Flushing, NY 11368

Allan R Bloomfield, Esq.
118-21 Queens Boulevard - Ste 617
Forest Hills NY 11375

      Pursuant to that request, the Debtor[2] must provide the following documents:

      ☐    A copy of the Debtor's two (2) most recent federal income tax returns;

      ☐    A copy of the Debtor's last one (1) months' most recent paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;

      Or, if Debtor is self-employed:

---

[1] Italicized words in quotations indicate that there is a form by the same name on the Bankruptcy Court's website. These forms shall be used whenever applicable.

[2] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

☐ A copy of the Debtor's business' six (6) most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expenses *[for the months of]*;

☐ A copy of the mortgagee's completed financial worksheet;

☐ Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs,

☒ Other (please specify):

- All items identified in the attached correspondence
- Page 12 of the application is not dated
- 2 months of complete paystubs from White Glove Placement, we need Feb and March paystubs
- 2 months of recent and complete bank statements
- Lease agreement plus 2 months recent proof of rental income
- Borrower obtained homeowner insurance declaration page
- Upon further review of submitted documents, additional documents may be requested

Dated: April 3, 2018
      Elmsford, New York

                                                    /s/ Tony Padilla
                                                    Tony Padilla



P.O Box 55004  
Irvine, CA 92618  
888.504.6700 toll free  
949.341.2200 fax  
www.rushmorelm.com

LM310 N1¦1

April 02, 2018

Doris O Agyen  
P.O.Box 740154  
Rego Park, NY 11374 0000  
*

                               Loan No.:  
                 Property Address: 135-18 Horace Harding Expre  
                            Flushing NY 11367

Dear Doris O Agyen :

This letter is to acknowledge Rushmore's receipt of your home retention package wherein you are seeking homeowner assistance in the form of a loan modification or any other type of assistance that may be available to our customers. A loan modification may change one or more terms of your loan in order to help you bring a defaulted loan current and prevent foreclosure. A loan modification may include but is not limited to an interest rate reduction, a principal forgiveness, an extension of the maturity of the debt and/or a deferment of a portion of the outstanding debt. You are usually required to complete a trial payment plan (such as a forbearance) before a permanent loan modification is offered. If you successfully complete the trial payment plan and there is no material change in your financial circumstances and you maintain eligibility, a permanent loan modification is offered. Most of our loan owners require that you make a good faith payment in connection with a trial payment plan. The good faith payment (which is generally a percentage of the past due debt) is applied to reduce your outstanding debt and usually reduces the amount of monthly payment under the modification.

Our loan modification process works as follows: First, we determine whether a borrower's home retention package is complete. Once a complete home retention package is received, we carefully review the package to determine whether the borrower qualifies for any fore losure prevention alternative we offer. We then send the borrower a written determination regarding the availability of a foreclosure prevention alternative within 30 days of receipt of a complete home retention package. If Rushmore offers the borrower a foreclosure prevention alternative, the borrower has 14 days to accept the offered alternative.

Certain documents submitted with a home retention package are subject to expiration, such as income documents, which will expire if older than 60 days after the application is deemed complete.





P.O Box 55004
Irvine, CA  92618
888.504.6700 toll free
949.341.2200 fax
www.rushmorelm.com

We have completed our initial review of your home retention package and it is considered incomplete because it is missing the following required documentation:

   A complete, signed, financial statement on all parties obligated on the loan.

X A hardship letter that thoroughly explains what has caused your inability to maintain current and future payments on your loan.

   Two (2) months' pay-stubs for each person obligated on the loan. Please note, pay stubs must be no older than 60 days as of the date Rushmore re eives the  ompleted package.

X Two (2) months' bank statements on all accounts for each person obligated on the loan. Please note, bank statements must be no older than 60 days as of the date Rushmore receives the completed package.

   Signed Federal tax return for the most recent calendar year including all schedules and W2s, 1099s, K-1s, 1120s, and/or 1065s.

   If you are self-employed, business and personal bank account statements for the past 6 months.

   If you are self-employed, a six (6) month profit and loss statement.

   If you are self-employed, six (6) months' bank statements for each person obligated on the loan.

   A letter of authorization to obtain a credit report for each person contributing money towards the mortgage payment and/or household expenses.

   Proof of funds for the down payment.

X Proof of Insurance.

X <u>RECENT DATED BORROWER ASSISTANCE APPLICATION FOR DORIS.</u>

X <u>CURRENT LEASE AGREEMENT & RECENT 2MO. DEPOSITS FOR DORIS PER HARDSHIP LETTER.</u>

X <u>PAYSTUBS FOR PAY PERIOD 2/17,2/24,3/3,3/10,3/17&3/24 OF WHITE GLOVE FOR DORIS</u>

X <u>RECENT 2MO. ALL PAYSTUBS FROM PRIME STAFFING LLC OR LETTER OF EXPLANATION.</u>

*** Please note your complete package must be received no later than 30 days from the date of this letter.  If there is a foreclosure sale date scheduled, your complete application must be receive greater than 37 days from the scheduled Foreclosure sale date. If your property is located in the state of Minnesota a complete application must be received 7 business days or more prior to the scheduled Foreclosure sale date.***



P.O Box 55004
Irvine, CA 92618
888.504.6700 toll free
949.341.2200 fax
www.rushmorelm.com

If your foreclosure sale date is within 90 days prior to the foreclosure sale date, you will need to send your remaining documents via certified mail to ensure we receive those greater than 37 days prior to the scheduled sale date.

DISCLOSURE OF RIGHT TO RECEIVE COPY OF APPRAISAL OR VALUATION REPORT

In connection with your recent loss mitigation request we may order an appraisal or valuation to determine the property's value, and may charge you for this appraisal or valuation. You have the right to receive a copy of any appraisal or valuation that is performed on your property. Upon completion, Rushmore will promptly provide you with a copy of any appraisal or valuation, even if your application is not approved. You can pay for an additional appraisal for your own use at your own cost.

Please keep this notice with your own records

If you have any other mortgage loans secured by this property, you should contact the servicer of those loans to discuss available loss mitigation options.

Should you have any questions regarding this matter, please contact your relationship manager STEVEN LARSON, at 469-458-5936, or our home retention HOTLINE TOLL FREE at 888-504-7300 during the following hours: Monday - Thursday 6:00 A.M. Through 7:00 P.M., Friday 6:00 A.M. Through 6:00 P.M. pacific time.

Sincerely,


HOME RETENTION DEPARTMENT
RUSHMORE LOAN MANAGEMENT SERVICES LLC


LM311 027 W01



## STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

All Other 030818