# Knuckles Komosinski & Manfro LLP

565 Taxter Road, Suite 590 | Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro

Sara A. Coletti
*Legal Assistant*
(914) 345-3020, ext. 331
sat@kkmllp.com

August 17, 2018

**VIA ECF**
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Re:   In re: Doris O. Agyen
      Case No: 17-45268-ess

Dear Hon. Elizabeth S. Stong:

As you may recall, this office represents the interests of U.S. Bank Trust National Association as Trustee of Chalet Series III Trust ("Creditor"), a secured creditor, in the above-referenced matter.

Please allow this letter to serve as a loss mitigation status update.

On July 19, 2018, our office and Debtor's counsel conferenced the matter before the scheduled Loss Mitigation status conference. Debtor's counsel advised that he reviewed our status letter, acknowledged receipt of the new servicer's financial package attached to said letter, and would promptly provide a complete, updated financial package for the new servicer so that a Loss Mitigation review could be performed. The parties then advised the courtroom deputy and the matter was adjourned to August 21, 2018 at 10:00 A.M.

As of the filing of this letter, our office has not received any documents from Debtor's counsel. Accordingly, we will request termination of Loss Mitigation at the upcoming status conference scheduled for August 21, 2018 at 10:00 A.M.

Should you have any questions, please do not hesitate to contact me.

Respectfully,
**Knuckles, Komosinski & Manfro, LLP**

*/s/ Sara A. Coletti*
Sara A. Coletti, Esq.
Counsel for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

CC:   All counsel - VIA ECF