# ALLAN R. BLOOMFIELD

*Attorney at Law*
SUITE 617
118-21 QUEENS BOULEVARD
FOREST HILLS, NEW YORK 11375
www.bloomfieldlaw.com

Telephone: (718) 544-0500
Facsimile: (718) 360-9704
allan@bloomfieldlaw.com

August 20, 2018

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

    Re:    Doris O. Agyen, Case No. 17-45268 ess

Dear Honorable Elizabeth S. Stong:

    I represent the debtor, Doris O. Agyen, in this matter.

    Please allow this letter to serve as a loss mitigation status update.

    Last month we were informed that the mortgage had been sold to a new entity and that the loss-mitigation process would have to start over with the filling out of new forms and the submission of new documents, all of which had been done for the previous owner of the mortgage.

    The debtor has been working diligently in preparing the documents requested, but has not been able to complete them as of the status conference scheduled for August 21, 2018. She therefore requests one additional adjournment of this matter by which time she is sure to have the documents prepared and submitted.

Yours very truly,

Allan R. Bloomfield

CC:    All counsel, via ECF